No. 72–1591. City of Bellevue *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 72–1593. Label, Inc. *v.* Commissioner, Food and Drug Administration, et al. C. A. D. C. Cir. Certiorari denied.

No. 72–1595. Cox et al. *v.* Walter E. Heller & Co., Inc. C. A. 2d Cir. Certiorari denied.

No. 72–1596. Six Flags Over Georgia, Ltd., et al. *v.* Brennan, Secretary of Labor. C. A. 5th Cir. Certiorari denied.

No. 72–1599. Riccardi *v.* New York. Sup. Ct. N. Y., Kings County. Certiorari denied.

No. 72–1601. N. C. Freed Co., Inc. *v.* Board of Governors, Federal Reserve System, et al. C. A. 2d Cir. Certiorari denied.

No. 72–1608. Gitman *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 72–1609. International Paper Co. *v.* Mississippi et al. Sup. Ct. Miss. Certiorari denied.

No. 72–1610. Greensphan *v.* United States;
No. 73–39. George *v.* United States; and
No. 73–61. Yonan *v.* United States. C. A. 7th Cir. Certiorari denied. Reported below: 477 F. 2d 508.

No. 72–1611. Tucker *v.* Neal. C. A. 9th Cir. Certiorari denied.